PROB 12C
(6/16)

Report Date: August 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Eugene Williams        Case Number: 0980 2:15CR00051-WFN-1

Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆▆ Chewelah, Washington 99109

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 2, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 86 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George Jacobs | Date Supervision Commenced: | May 15, 2023 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | May 14, 2026 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/08/2023.

On May 15, 2023, a probation officer reviewed the judgment with Mr. Williams. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: It is alleged Mr. Williams is in violation of his conditions of supervised release by consuming methamphetamine on or around August 10, 2023. |
| | On August 8, 2023, Mr. Williams completed a drug and alcohol assessment at Alcohol Drug Education Prevention and Treatment (ADEPT) in Colville, Washington. Part of the assessment required Mr. Williams to provide a random urinalysis, which returned positive from the laboratory for methamphetamine. |

Prob12C
**Re: Williams, Jesse Eugene**
**August 22, 2023**
**Page 2**

| | | |
|---|---|---|
| 3 | | **Special Condition #14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |

**Supporting Evidence**: It is alleged Mr. Williams is in violation of his conditions of supervised release by failing to appear for urinalysis testing at ADEPT in Colville, Washington, on August 9 and 11, 2023.

On August 9, 2023, staff at ADEPT in Colville informed the undersigned officer that Mr. Williams failed to appear for urinalysis testing. In addition, on August 11, 2023, ADEPT staff advised Mr. Williams again failed to appear after his color was called for a random urine test.

4      **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence**: It is alleged Mr. Williams is in violation of his conditions of supervised release by consuming methamphetamine on or around August 13, 2023.

On August 14, 2023, Mr. Williams reported to the probation office. Before attempting to submit to a random urinalysis, he admitted using methamphetamine on August 13, 2023, via a written and verbal statement.

5      **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence**: It is alleged Mr. Williams is in violation of his conditions of supervised release by consuming methamphetamine on or around August 21, 2023.

On August 21, 2023, Mr. Williams provided a random urinalysis test at ADEPT in Colville. The sample yielded a presumptive positive test for methamphetamine. Mr. Williams has since denied any methamphetamine use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     August 22, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Williams, Jesse Eugene
August 22, 2023
Page 3

## THE COURT ORDERS

- [ ]  No Action
- [X]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_/s/ (signature)_
Signature of Judicial Officer

8/22/2023
Date