PROB 12C
(6/16)

Report Date: August 8, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Eugene Williams                Case Number: 0980 2:15CR00051-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇, Chewelah, Washington 99109

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 2, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 86 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | May 15, 2023 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | May 14, 2026 |

## PETITIONING THE COURT

To issue a summons.

On May 15, 2023, a probation officer reviewed the judgment with Mr. Williams. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged Mr. Williams violated his conditions of supervised release by using methamphetamine on July 16 and 31, 2023. |
| | On July 21, 2023, Mr. Williams reported to the United States Probation Office to submit to urinalysis testing. Mr. Williams admitted using methamphetamine on or around July 16, 2023, via verbal and written statement. |

Prob12C
Re: Williams, Jesse Eugene
August 8, 2023
Page 2

On July 31, 2023, Mr. Williams reported to Alcohol Drug Education Prevention and Treatment (ADEPT) in Colville, Washington, for random urinalysis testing. The urine sample yielded a presumptive positive finding for the presence of methamphetamine. The urine sample was sent to the contract laboratory for further testing and the results were confirmed positive for methamphetamine.

On August 7, 2023, Mr. Williams admitted to the use of methamphetamine around July 28, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 8, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

08/08/2023
Date