PROB 12C
(6/16)

Report Date: January 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Eugene Williams          Case Number: 0980 2:15CR00051-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇  Chewelah, Washington 99109

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 2, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 86 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: | May 15, 2023 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | May 14, 2026 |

## PETITIONING THE COURT

To **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/08/2023, and 08/22/2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: It is alleged Mr. Williams is in violation of his conditions of supervised release by consuming methamphetamine on or around December 28, 2023. |
| | On January 3, 2024, Mr. Williams reported to the U.S. Probation Office. A urinalysis test was collected which yielded a presumptive positive finding for the presence of methamphetamine. He admitted to the use of methamphetamine on or around December 28, 2023, and signed a drug use admission form. |

Prob12C
**Re: Williams, Jesse Eugene**
**January 22, 2024**
**Page 2**

| | | |
|---|---|---|
| 7 | | **Special Condition #14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |

**Supporting Evidence**: It is alleged Mr. Williams is in violation of his conditions of supervised release by consuming methamphetamine on or around January 9, 2024

On January 10, 2024, Mr. Williams met with his drug and alcohol counselor at Alcohol Drug Education Prevention and Treatment (ADEPT). He admitted to his counselor that he used methamphetamine "last night," on or about January 9, 2024.

8     **Standard Condition #2:** The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

On January 21, 2024, the undersigned officer reached out to Mr. Williams via cell phone and he did not answer. A voice mail was left instructing him to report to the U.S. Probation Office by 4:30 p.m., on January 22, 2024. The undersigned also left him a text message with the same instructions. Later that afternoon, Mr. Williams called the undersigned officer, leaving a message indicating the message was received. He did not report as directed, but instead chose to travel to visit his mother.

9     **Special Condition #14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence**: It is alleged Mr. Williams is in violation of his conditions of supervised release by consuming methamphetamine on or around January 20, 2024.

On January 22, 2024, the undersigned officer spoke with Mr. Williams on the phone. When questioned about any illicit drug use, he admitted to the use of methamphetamine on or around January 20, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court and **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 22, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Williams, Jesse Eugene
January 22, 2024
Page 3

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*[signature]*

Signature of Judicial Officer

1/23/2024

Date