PROB 12C
(6/16)

Report Date:  October 1, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 01, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Jesse Eugene Williams               Case Number: 0980 2:15CR00051-JAG-1

Address of Offender: ███████████Chewelah, Washington 99109

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: October 2, 2015

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 86 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: May 15, 2023 |
| Defense Attorney: | Andrea George | Date Supervision Expires: May 14, 2026 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/8/2023, 8/22/2023 and 01/23/2024.

On May 15, 2023, a probation officer reviewed the judgment with Mr. Williams. He signed a copy of his judgment, indicating an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Jesse Williams violated the terms of his supervised release by failing to complete inpatient treatment on or about September 30, 2024.

Jesse Williams is a participant of the Sobriety Treatment and Education Program.  Due to ongoing use of methamphetamine, the STEP team required him to complete a substance abuse assessment to determine the need for inpatient treatment.  On September 20, 2024, he completed a substance abuse assessment, which recommended inpatient treatment.

Prob12C

**Re: Williams, Jesse Eugene**
**October 1, 2024**
**Page 2**

On September 26, 2024, he entered inpatient treatment at Sunray Court. On September 30, 2024, Sunray Court staff advised that Mr. Williams chose to leave the program against their advice as he had indicated that he did not like it there.

His whereabouts are currently unknown.

11        **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: It is alleged that Jesse Williams violated the terms of his supervised release by failing to notify of a change in residence, on or about September 30, 2024.

Jesse Williams is a participant of the Sobriety Treatment and Education Program. Due to ongoing use of methamphetamine, the STEP team required him to complete a substance abuse assessment to determine the need for inpatient treatment. On September 20, 2024, he completed a substance abuse assessment, which recommended inpatient treatment.

On September 26, 2024, he entered inpatient treatment at Sunray Court. On September 30, 2024, Sunray Court staff advised that Mr. Williams chose to leave the program against their advice as he had indicated that he did not like it there. Contact was made with his wife who advised that he had not returned to their residence.

His whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/01/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

**Prob12C**
**Re: Williams, Jesse Eugene**
**October 1, 2024**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other



Signature of Judicial Officer

October 1, 2024

Date