PROB 12C
(6/16)

Report Date: November 21, 2024

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Nov 22, 2024**

Eastern District of Washington

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Eugene Williams    Case Number: 0980 2:15CR00051-JAG-1

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: October 2, 2015

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(j)

Original Sentence:   Prison - 86 months;          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Dan Fruchter              Date Supervision Commenced: May 15, 2023

Defense Attorney:    Andrea George             Date Supervision Expires: May 14, 2026

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/8/2023, 8/22/2023, 01/23/2024 and 10/1/2024.

On May 15, 2023, a probation officer reviewed the judgment with Mr. Williams. He signed a copy of his judgment, indicating an understanding of the conditions imposed by the court.

Violation numbers 10 through 11 were addressed via STEP sanctions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: It is alleged that Jesse Williams violated the terms of his supervised release by failing to complete inpatient treatment on or about October 21, 2024. |
| | Jesse Williams is a participant of the Sobriety Treatment and Education Program. Due to ongoing use of methamphetamine, the STEP team required him to complete a substance abuse assessment to determine the need for inpatient treatment. On September 20, 2024, he completed a substance abuse assessment, which recommended inpatient treatment. |

Prob12C
**Re: Williams, Jesse Eugene**
November 21, 2024
Page 2

On September 26, 2024, he entered inpatient treatment at Sunray Court. On September 30, 2024, Sunray Court staff advised that Mr. Williams chose to leave the program against their advice as he had indicated that he did not like it there. A warrant was ultimately issued. He was arrested on October 3, 2024.

On October 17, 2024, he appeared, in U.S. Marshals custody, for a STEP session. He was ordered to remain in custody pending placement at another inpatient treatment facility.

On October 22, 2024, he released from custody and was transported to American Behavioral Health Systems (ABHS) for inpatient treatment services.

On November 18, 2024, ABHS advised Mr. Williams' drug tests were showing negative results for his prescription for Suboxen. They reported additional non-compliance with facility rules as well as a negative attitude. Therefore, he is being unsuccessfully discharged from the program.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/21/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

November 22, 2024
Date