PROB 12C
(6/16)

Report Date: June 9, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 09, 2025**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Eugene Williams                Case Number: 0980 2:15CR00051-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Chewelah, Washington 99109

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 2, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(j) | | |
| Original Sentence: | Prison - 86 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: | May 15, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | May 14, 2026 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/08/2023, 08/22/2023, 01/23/2024, 10/01/2024 and 11/22/2024.

On May 15, 2023, a probation officer reviewed the judgment with Mr. Williams. He signed a copy of his judgment, indicating an understanding of the conditions imposed by the court.

Violation numbers 10 through 11 were addressed via STEP sanctions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition #14**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Williams violated his conditions of supervised release by using methamphetamine on or around June 2, 2025. |
| | On June 3, 2025, the undersigned learned that Mr. Williams was alleged to have circumvented random urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT), by providing an invalid urine sample. Mr. Williams was directed to report to the U.S. Probation Office to submit to another urinalysis test. |

Prob12C
Re: Williams, Jesse Eugene
June 9, 2025
Page 2

When he reported to the U.S. Probation Office, Mr. Williams provided a urine sample that tested presumptive positive for methamphetamine. He admitted to the use of methamphetamine on June 2, 2025, and signed an admission form.

The undersigned officer later confronted him on his positive urinalysis test, including the invalid sample he provided at ADEPT just hours prior. Mr. Williams admitted taking in a device in order to defeat his urinalysis test at ADEPT.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 9, 2025

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
June 9, 2025
Date